# Notice Recipients

District/Off: 0971–3    User: ghom    Date Created: 5/11/2016
Case: 16–03051    Form ID: SUM    Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Ashley McDow    amcdow@bakerlaw.com

TOTAL: 1