# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: ghom | Date Created: 5/11/2016 |
| Case: 16–03051 | Form ID: ODSCY | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty      Ashley McDow      amcdow@bakerlaw.com

                                                               TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      Michael Kasolas      Baker & Hostetler LLP      11601 Wilshire Blvd., Ste. 1400      Los Angeles, CA 90025–0509
dft      Allan N. Hessenflow      23097 Summit Road      Los Gatos, CA 95033–9318

                                                               TOTAL: 2