```
                          United States Bankruptcy Court
                          Northern District of California
Kasolas,
        Plaintiff                                         Adv. Proc. No. 16-03051-DM

Hessenflow,
        Defendant
                              CERTIFICATE OF NOTICE
District/off: 0971-3          User: ghom              Page 1 of 1         Date Rcvd: May 11, 2016
                              Form ID: ODSCY          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2016.
```
dft             Allan N. Hessenflow,    23097 Summit Road,    Los Gatos, CA  95033-9318
pla            +Michael Kasolas,    Baker & Hostetler LLP,    11601 Wilshire Blvd., Ste. 1400,
                 Los Angeles, CA 90025-1750
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2016 at the address(es) listed below:
```
              Ashley   McDow    on behalf of Plaintiff Michael  Kasolas amcdow@bakerlaw.com,   SGaeta@bakerlaw.com
                                                                                              TOTAL: 1
```

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re:<br>Hashfast Technologies LLC<br>Debtor(s) | Case No.: 14–30725 Chapter: 11 |
| Michael Kasolas<br>Plaintiff(s)<br>vs.<br>Allan N. Hessenflow<br>Defendant(s) | Adversary Proceeding No. 16–03051 |

**ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE**

    The purpose of this order is: (1) to notify the parties of their obligation under Fed. R. Civ. P. 26, as incorporated by Fed. R. Bankr. P. 7026, to make Initial Disclosures and meet for a Discovery Conference; and (2) to modify those Rule 26 requirements in certain respects. As such, this order has no effect in any proceeding exempted under Rule 26(a)(1)(E) and (f) from the Initial Disclosure and Discovery Conference requirements.

    **1. The Discovery Conference.** At least 21 calendar days before the status conference scheduled in the summons, the parties shall confer (in person or by telephone) at a "Discovery Conference." Plaintiff shall initiate contact regarding arrangement of the Discovery Conference. Defendant shall cooperate in fixing the time and place of the Discovery Conference. Except to the extent the parties stipulate otherwise, no party shall initiate or conduct any formal discovery prior to the Discovery Conference. The parties may conduct informal discovery.

    **2. Settlement.** At the Discovery Conference, the parties shall consider the nature and basis of their claims and defenses and the possibility of an early settlement. The parties shall also discuss ADR options, as required by B.L.R. 9040–3.

    **3. Initial Disclosures.** At the Discovery Conference, the parties shall arrange to make the "Initial Disclosures" required by Rule 26(a), without necessity of a formal discovery request. The Disclosures shall be made at or within 14 calendar days after the Discovery Conference. All disclosures shall be in writing, signed by the party or his or her attorney, and served on all other parties.

    **4. Discovery Plan.** Unless:
  (a) the proceeding is exempt under Rule 26(f);
  (b) the proceeding seeks to recover money or property, or except a debt from discharge pursuant to 11 U.S.C. §523(a), of no more than $15,000, excluding interest, attorneys, fees, and costs; or
(c) the parties stipulate to the contrary in a writing filed with the court; the parties shall, at the Discovery Conference, also develop a written Discovery Plan signed by all parties or their counsel, that reflects the parties' views and proposals concerning: (i) what changes, if any, should be made in the timing, form, or requirements of the Initial Disclosures; (ii) the timing, subject matter, and limitations, if any, of discovery to be conducted after the initial disclosures; and (iii) the subject of any orders that the court should enter under Fed.R.Bankr.P. 7016(b) and (c) and 7026(a)(1). The Discovery Plan shall be filed within 14 calendar days after the Discovery Conference.

    **5. Pretrial Disclosures.** Notwithstanding Rule 26(a)(3), pretrial disclosures shall be made in accordance with further order of the court.

    **6. Service hereof.** The summons, complaint, and this order shall be served by the plaintiff within 7 days of the date of this order. A return or proof of service shall be filed within 5 days after service.
SO ORDERED.

| | |
|---|---|
| Dated: 5/11/16 | For the Court:<br><br>Edward J. Emmons<br>Clerk of Court<br>United States Bankruptcy Court |

I certify that a copy of this Order was returned to the plaintiff at the time the original summons was issued.

| | |
|---|---|
| Dated: 5/11/16 | Gordon Hom<br>Deputy Clerk |