Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:    amcdow@bakerlaw.com
        mdelaney@bakerlaw.com
        ffarivar@bakerlaw.com

Attorneys for MICHAEL KASOLAS,
Plaintiff and Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHER DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in possession. | Case No.: 14-30866 DM |
| x    Affects HASHFAST LLC, a Delaware limited liability company, | Chapter 11 |
| Debtor and Debtor in Possession. | |
| MICHAEL KASOLAS, TRUSTEE OF THE HASHFAST CREDITOR TRUST, | Adv. Case No.: 16-03051 |
| Plaintiff, | **AMENDED PROOF OF SERVICE FOR PLAINTIFF'S NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE** |
| v. | |
| ALLAN N. HESSENFLOW, | Status Conference: |
| Defendant. | Date:    August 26, 2016<br>Time:    1:30 p.m.<br>Place:    Courtroom 17<br>        U.S. Bankruptcy Court<br>        450 Golden Gate Ave.<br>        San Francisco, CA 94102 |

Case: 16-03051    Doc# 7    Filed: 08/25/16    Entered: 08/25/16 18:36:31    Page 1 of 2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
The foregoing document will be served by the court via NEF and hyperlink to the document. On August 25, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 25, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Allan N. Hessenflow
23097 Summit Road
Los Gatos, CA 95033-9318

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On August 25, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102
*-Via Personal Delivery-*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 25, 2016 | Sonia Gaeta | */s/ Sonia Gaeta* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Baker & Hostetler LLP
ATTORNEYS AT LAW
LOS ANGELES